GALATEA DeLAPP
State Bar #181581
1541 E Fairmont Avenue #104
Fresno, CA 93704
Telephone: (559) 803-0471

Attorney for Defendant
Sharika Gaines

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:16-cr-00069 |
| ) | |
| *Plaintiff,* ) | |
| ) | **WAIVER OF DEFENDANT'S PERSONAL** |
| v. ) | **PRESENCE;  ORDER THEREON** |
| ) | |
| SHARIKA GAINES, ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, SHARIKA GAINES, having being advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, GALATEA DeLAPP, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

///

///

DATED: May 6, 2016                    /s/ SHARIKA GAINES
                                      SHARIKA GAINES


DATED: May 6, 2016                    /s/ GALATEA DeLAPP
                                      GALATEA DeLAPP
                                      Attorney for SHARIKA GAINES


**O R D E R**

    **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.  Defendant's appearance is specifically waived for the June 22, 2016 at 8:30 a.m. hearing.

    **IT IS FURTHER ORDERED THAT** the Defendant is responsible to know all future court dates and to stay in close contact with her counsel prior to and immediately after any of the Defendant's hearings and that a failure to abide by any of these requirements may result in this waiver being vacated by the Court.  A failure to appear at a hearing for which the Defendant was ordered to appear, even if the Defendant's counsel is unable to advise Defendant of the hearing, will result in the issuance of a warrant for the Defendant's arrest and may result in additional criminal charges.

    The Defendant must abide by any subsequent orders issued by the Court regarding her appearance.  Defense counsel shall provide any subsequent orders that are given by the Court to the Defendant.


IT IS SO ORDERED.

Dated:   **May 9, 2016**

                                      UNITED STATES MAGISTRATE JUDGE