1   GALATEA DeLAPP, 181581
    Attorney at Law
2   1541 E. Fairmont Avenue 104
    Fresno, CA  93704
3   Telephone: (559) 803-0471

4

5   Attorney for Defendant SHARIKA GAINES

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          No.  1:16-CR-0069 LJO-SKO

12                 Plaintiff,

13       v.                            STIPULATION &
                                       ORDER MODIFYING
14  SHARIKA GAINES, et al.             PRETRIAL RELEASE CONDITIONS

15                 Defendants.

16

17
    17
18

19          Defendant, SHARIKA GAINES, by and through counsel of record, GALATEA DELAPP,

20  and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, KIM

21  SANCHEZ, Assistant United States Attorney for the Eastern District of California, hereby

22  stipulate as follows: WHEREAS, based upon recommendation of Pretrial Services and the

23  defendant's exemplary compliance with all terms of ordered pretrial release, the parties are in

24  agreement and request this Court approve the following modified pretrial release conditions and

25
    modifying as follows:
26

27

28
                                          1

**IT IS HEREBY STIPULATED: Defendant SHARIKA GAINES requests that the following conditions be removed from her conditions of pre-trial release:**

The defendant shall: participate in the following Location Monitoring component and abide by all the requirements of the program, which will include use of a location monitoring system. You shall comply with all instructions for use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay as determined by the PSO. HOME DETENTION. You shall remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities pre-approved by the pretrial services officer. All other pre-trial release conditions shall remain in full force and effect.


IT IS SO STIPULATED.

Respectfully Submitted,

DATE: June 15, 2017              /s/ Galatea DeLapp
                                 ***Galatea DeLapp***
                                 Attorney for Defendant ***SHARIKA GAINES***

IT IS SO STIPULATED.

DATE: June 15, 2017              /s/Kimberly A. Sanchez
                                 KIMBERLY A. SANCHEZ
                                 Assistant U.S. Attorney

1

2                                    **ORDER**

3

4   IT IS SO ORDERED.

5
    Dated:   **June 16, 2017**
6                                              UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                       3