GALATEA DeLAPP, 181581
Attorney at Law
1541 E. Fairmont Avenue 104
Fresno, CA 93704
Telephone: (559) 803-0471

Attorney for Defendant SHARIKA GAINES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:16-CR-0069 LJO-SKO |
|---|---|
| Plaintiff, | **STIPULATION & ORDER FOR CONTEMPORANEOUS PLEA & SENTENCE, TO CONTINUE TRIAL DATE, FOR PRE-PLEA REPORT, and A VIDEO OR TELEPHONIC PROBATION INTERVIEW** |
| v. | |
| SHARIKA GAINES, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Christopher Baker, counsel for the government, and Galatea R. DeLapp, counsel for defendant SHARIKA GAINES, that the defendant in this action be afforded the opportunity to enter a plea and be sentenced at the same date and time. The parties agree to and request a contemporaneous plea and sentencing date of **Monday, September 24, 2018**. The parties agree to and request Probation be ordered to prepare a pre-plea report in

1

order to afford the court with appropriate terms and conditions at sentencing. The parties agree to and request an order for video or telephonic probation interview with the defendant. Additionally, the parties agree that this action's **Wednesday, July 11, 2018 trial date be continued to a date to be determined at a status conference on Monday, October 22, 2018.** The parties likewise ask the court to endorse this stipulation by way of formal order. The parties base this stipulation on good cause as outlined below.

The parties come to an agreement whereby the government will recommend probation for SHARIKA GAINES in exchange for her plea to the single count to which she is charged.

Two and a half years ago, at the recommendation of Pretrial Services, SHARIKA GAINES was released on a personal appearance bond and relocated to another state for her own safety. After the arrest of codefendant JAMES YORK, SHARIKA GAINES was given custody of her and defendant JAMES YORKS' then two-year-old daughter who was also relocated to another state to live with her mother. SHARIKA GAINES location has remained and continues to remain undisclosed to all codefendant parties.

SHARIKA GAINES has been employed and supporting both herself and her daughter without outside financial assistance. Her employer company has been very impressed with her performance. They are establishing an extended operation in a state other than California and the state where SHARIKA GAINES currently

resides. Her employer is interested in promoting her in the next six months and moving her and her daughter to another state in order to work at their expansion location.

As a single mother who is the sole support of her now four-year-old daughter, and without a significant family base, SHARIKA GAINES currently does not have adequate funds or credit available to pay for transportation to and from the plea, probation interview, and sentence. She also does not have adequate funds or other human resources available to arrange for multiple days of overnight child care for multiple trips to California. In addition, taking multiple days away from her employer would threaten her employment status and put at risk her chances of advancement.

In the interest of judicial economy and to accommodate the unique situation of SHARIKA GAINES and her daughter, both parties are agreeable to having the plea and sentencing take place at the same appearance. Counsel for SHARIKA GAINES has been in close contact with UNITED STATES PROBATION on these issues. In order to have terms and conditions for the court to impose at a sentencing hearing contemporaneous with a plea, UNITED STATES PROBATION has requested five weeks and a court order allowing them to prepare a pre-plea report and to conduct the interview via video or telephonic conferencing.

For the above stated reasons, the stipulated continuance will conserve time and resources both for the parties and the court, and any delay resulting from the

3

continuance shall be excluded in the interest of justice pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and (h)(7)(B)(i) .

IT IS SO STIPULATED.

Respectfully submitted,

DATE: June 19, 2018          /s/ Galatea DeLapp
                             *Galatea DeLapp*
                             Attorney for Defendant
                             ***SHARIKA GAINES***

McGREGOR W. SCOTT
United States Attorney

By:    /s/ Christopher Baker
       *Christopher Baker*
       Assistant U.S. Attorney

ORDER

1) A Change of Plea Hearing as to defendant Sharika Gaines is hereby set for **Monday, September 24, 2018.**

2) UNITED STATES PROBATION is hereby authorized and ordered to prepare a pre-plea report as to defendant SHARIKA GAINES in case 1:16-CR-0069 LJO-SKO and to conduct the probation interview with SHARIKA GAINES via video or telephonic conferencing.

3) The current trial date of July 11, 2018 as to Sharika Gaines is hereby continued

to a date to be determined at a Status Conference on **Monday, October 22, 2018.**

4) Any delay resulting from the trial continuance shall be excluded in the interest of justice pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and (h)(7)(B)(i) .

IT IS SO ORDERED.

Dated: **June 20, 2018**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE